# United States Bankruptcy Court
**For the Southern District of Georgia**

| | |
|---|---|
| In the matter of: } | |
| Terry W. McElrath } | Chapter 13 |
| Vickey R. McElrath } | Case No. 11-41412 |
| Debtor(s) } | |

## NOTICE OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the as plan modified, unless the modification provided for a change in the rights of such holder from which such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty (21) days from the date stated in the certificate of service.

If you mail your objection to the Court, you must mail it early enough so that it will be received within the time referenced above.

Any request for hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Dated: January 3, 2014.

_____
JUDSON C. HILL, Ga. Bar #354277
Attorney for Debtor(s)

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia
*(Form.mac.11/04)*

# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: }
Terry W. McElrath }
Vickey R. McElrath }   CHAPTER 13
}   CASE NO.   11-41412
}
       Debtor }

### MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

    (a.) Increase payments as follows: $_____ per _____ for balance of plan.

    (b.) **Reduce payments as follows: $750.00 per month for balance of plan.**

    (c.) Surrender the following property:
    <u>CREDITOR</u>        <u>COLLATERAL</u>        <u>AMT OF SECURED CLAIM</u>

    (d.) Other provisions:
    **Arrearage for JP Morgan Chase Bank, NA is being paid through a loan modification and the claim (claim no. 10) shall be reclassified as a contingent claim.**

2. Debtor(s) asserts as the basis for the modification, the following facts:
**Debtors can no longer afford the Chapter 13 payment as confirmed and wish to reduce their Chapter 13 payment.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

/s/ Terry W. McElrath
_____
Terry W. McElrath, Debtor

/s/ Vickey R. McElrath
_____
Vickey R. McElrath, Debtor

Dated:   December 31, 2013

SOUTHERN DISTRICT OF GEORGIA

STATE OF GEORGIA

| IN RE:<br><br>Terry W. McElrath<br>Vickey R. McElrath<br><br>Debtors | Chapter 13, Case No.: 11-41412 |
|---|---|

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the Notice of Modified Plan After Confirmation and Modified Plan After Confirmation to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9, and I have this day served all interested parties outlined below in Exhibit "B" as required by the Local Bankruptcy Rules by placing a copy of said documents in the United States Mail with adequate postage thereon to insure prompt delivery:

Submitted: January 3, 2014.

*Pamela J Barolet*

PAMELA J. BAROLET, PARALEGAL
LAW OFFICE OF GASTIN & HILL
ATTORNEY FOR DEBTORS

Post Office Box 8012
Savannah, Georgia 31412
(912) 232-0203
Georgia Bar No.: 354277

### EXHIBIT "A"

O. Byron Meredith, Chapter 13 Trustee

### EXHIBIT "B"

See Attached Sheet.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 11-41412-LWD<br>Southern District of Georgia<br>Savannah<br>Fri Jan  3 13:51:57 EST 2014 | Aspire Visa<br>P.O. Box 105374<br>Atlanta GA 30348-5374 | Patti H. Bass<br>Bass & Associates, PC<br>3936 E Ft Lovell Rd, Ste 200<br>Tucson, AZ 85712-1083 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Capital One, N.A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lovell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lovell Rd, Suite #200<br>Tucson, AZ 85712-1083 |
| Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Care Credit/GEMB<br>P.O. Box 981439<br>El Paso TX 79998-1439 | Chase<br>Attn: Bankruptcy Dept<br>Mail Code CA2-0824<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 |
| Chase Home Finance<br>P.O. Box 24696<br>Columbus OH 43224-0696 | Dillard's/Ge Capital<br>P.O. Box 965024<br>Orlando FL 32896-5024 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | GE Capital Retail Bank c/o Recovery Manageme<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Stephen F. Greenberg-SFB<br>Weiner, Shearouse, Weitz, Greenberg<br>P O Box 10105<br>Savannah, GA 31412-0305 | HSBC<br>Attn: Bankruptcy Dept.<br>PO Box 5268<br>Carol Stream IL 60197-5268 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lovell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lovell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Judson C. Hill-PJB<br>Gastin & Hill<br>P O Box 8012<br>Savannah, GA 31412-8012 | InSolve Recovery, LLC by American InfoSource<br>PO Box 269093<br>Oklahoma City, OK 73126-9093 |
| JCP/GEMB<br>P.O. Box 981131<br>El Paso TX 79998-1131 | JPMorgan Chase Bank, N.A.<br>c/o Barrett Daffin & Frappier, LLP<br>15000 Surveyor Blvd. Ste. 100<br>Addison, TX 75001-4417 | JPMorgan Chase Bank, N.A.<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Kohl's/Cap One<br>P.O. Box 3115<br>Milwaukee WI 53201-3115 | Terry W. McElrath<br>10 Conservation Drive<br>Savannah, GA 31419-7548 | Vickey R. McElrath<br>10 Conservation Drive<br>Savannah, GA 31419-7548 |
| O Byron Meredith III<br>P O Box 10556<br>Savannah, GA 31412-0756 | Merrick Bank<br>P.O. Box 5000<br>Draper UT 84020-5000 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |

| | | |
|---|---|---|
| NCO Financial<br>507 Prudential Road<br>Horsham PA 19044-2368 | National Capital Management, LLC<br>8245 Tournament Dr, Ste 230<br>Memphis, TN 38125-1741 | PRA Receivables Management, LLC as agent of<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive Insurance<br>1201 Peachtree Street, NE, #1240<br>Atlanta GA 30361-3514 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Scana Energy Marketing<br>3344 Peachtree Road, NE<br>STE 2150<br>Atlanta GA 30326-4808 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Abbey Marie Ulsh<br>Barrett, Daffin & Frappier, LLP<br>15000 Surveyor Boulevard, Suite 100<br>Addison, TX 75001-4417 |
| V W Credit, Inc.<br>PO Box 829009<br>Dallas, TX 75382-9009 | VW Credit, Inc<br>PO Box 829009<br>Dallas, Texas 75382-9009 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Best Buy/HSBC<br>P.O. Box 15524<br>Wilmington DE 19850 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Springleaf Financial Services<br>5500 Abercorn Street<br>ste. 22<br>Savannah, GA 31405 |
| (d)Springleaf Financial Services<br>5500 White Bluff Road<br>Savannah GA 31405 | (d)Springleaf financial services<br>5500 ABERCORN ST STE 22<br>SAVANNAH GA 31405 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | (d)InSolve Recovery, LLC by American InfoScur<br>PO Box 269093<br>Oklahoma City, OK 73126-9093 | (d)National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 |
| (d)PRA Receivables Management, LLC as agent o<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    4<br>Total                 44 | |